UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-22160 CIV-GRAHAM

JUAN ALEMAN,

      Plaintiff,

v.

NAUTICO FOOD SERVICES, LLC d/b/a
NAUTICO MARKET & DELI, LLC, a
Florida Limited Liability Corporation, and
GREG LOVE, individually,

      Defendants.

_____/

## ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIM

COME NOW the Defendants, NAUTICO FOOD SERVICES, LLC d/b/a NAUTICO MARKET & DELI, LLC, a Florida Limited Liability Corporation, and GREG LOVE, individually, by and through undersigned counsel, and file this, their Answer, Affirmative Defenses, and Counterclaim and as grounds therefor would state:

### ANSWER

1. Admit the allegations contained in Paragraphs 2 and 16 of Plaintiff's Complaint.

2. Deny the allegations contained in Paragraphs 1 (as to GREG LOVE), 3, 7, 8, 10, 11, 12, 13, 15, 17, 18, 19, 21, 22, 23, and 24 of Plaintiff's Complaint.

3. Are without knowledge of all other allegations of Plaintiff's Complaint.



4. Deny each and every matter not herein admitted, controverted, or specifically denied.

WHEREFORE, Defendants demand strict proof of all allegations contained in Plaintiff's complaint and, barring same, dismissal of the action, with prejudice.

## AFFIRMATIVE DEFENSES

5. As a first, separate, and distinct defense, that the Plaintiff, due to criminal misconduct associated with working at Defendants' premises, necessitated that he no longer be permitted to remain on Defendants' premises. As such, the Plaintiff breached any agreement he had with the Defendant, NAUTICO FOOD SERVICES, LLC, and is not entitled to damages or pursuit of the claims set forth in his Complaint.

6. As a second, separate, and distinct defense, that the Plaintiff knowingly, willfully, and maliciously, while working for the Defendant, NAUTICO FOOD SERVICES, LLC, cancelled orders, removed property, and tortiously interfered with Defendant's business operations. As such, the Defendant, NAUTICO FOOD SERVICES, LLC, has suffered damages in excess of $15,000.00.

7. As a third, separate, and distinct defense, that regarding the damages set forth in the preceding numbered paragraph, the Defendant, NAUTICO FOOD SERVICES, LLC, would be entitled to an offset against any claims of the Plaintiff herein.

8. As a fourth, separate, and distinct defense, that in view of the fact that the Defendant, NAUTICO FOOD SERVICES, LLC, is a Florida Limited Liability

Corporation, GREG LOVE, individually, has no liability for the claims of the Plaintiff herein.

WHEREFORE, Defendants demand strict proof of all allegations contained in Plaintiff's complaint and, barring same, dismissal of the action, with prejudice, as well as recovery of any and all costs and attorney's fees incurred herein.

## COUNTERCLAIM

COMES NOW the Defendant/Counter-Plaintiff, NAUTICO FOOD SERVICES, LLC, d/b/a NAUTICO MARKET & DELI, LLC, a Florida Limited Liability Corporation, and sues the Plaintiff/Counter-Defendant, JUAN ALEMAN, and alleges:

9. This is an action for damages that exceed $15,000.00 based upon breach of oral contract.

10. The Plaintiff was hired as the manager of the Defendant, NAUTICO FOOD SERVICES, LLC.

11. The Plaintiff is a resident of Miami-Dade County, Florida, and sui juris.

12. The Defendant, NAUTICO FOOD SERVICES, LLC, is a Florida Limited Liability Corporation, with offices located in Miami-Dade County, Florida.

13. Pursuant to the oral agreement between the Plaintiff and the Defendant, NAUTICO FOOD SERVICES, LLC, the Plaintiff was required to perform general managerial services, procure foods, place orders, arrange for sales, and conduct himself in accordance with standards discussed by the parties.

14. In June, 2005, the Plaintiff, in the presence of employees, patrons, and other persons, engaged in criminal misconduct.

15. The Defendant, NAUTICO FOOD SERVICES, LLC, approached the Plaintiff and asked him to explain the reasons for his engaging in criminal misconduct.

16. The Plaintiff in response to the Defendant, NAUTICO FOOD SERVICES, LLC'S, request told the Defendant that he would do as he pleased, did not need to take instruction or criticism from this Defendant, and was voluntarily terminating his employment.

17. Prior to the Plaintiff's terminating his employment, he contacted the Defendant's clients and/or customers, cancelled orders, placed orders that were not authorized, and defamed the Defendant, all resulting in lost business and/or business opportunities in exceed of $15,000.00.

18. The actions of the Plaintiff were willful, wanton, and tantamount to criminal misconduct.

19. The Defendant is obligated to pay its attorneys a reasonable fee for their services.

20. The Plaintiff breached its contract with the Defendant, NAUTICO FOOD SERVICES, LLC, by virtue of the matters set forth above in Paragraphs 14, 15, 16, and 17.

WHEREFORE, Defendant/Counter-Plaintiff, NAUTICO FOOD SERVICES, LLC, d/b/a NAUTICO MARKET & DELI, LLC, a Florida Limited Liability Corporation, seeks judgment for damages, costs, and reasonable attorney's fees against the Plaintiff/Counter-Defendant.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by facsimile and mailed to Richard Celler, Esquire, Celler Legal Group, 1776 N Pine Island Road, Suite 224, Fort Lauderdale, Florida 33322, on this 12th day of September, 2005.

ORSHAN, LITHMAN, SEIDEN, RAMOS,
HATTON & HUESMANN, LLLP
150 Alhambra Circle, Suite 1150
Coral Gables FL 33134
(305) 858-0220
(305) 854-6810 (Facsimile)

BY: _____
ROBERT P. LITHMAN
Florida Bar No. 224464